Max FOGEL et al., Petitioners,

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 12756.

United States Court of Appeals Sixth Circuit.

Oct. 17, 1956.

John Driskill, Cincinnati, Ohio, for petitioners.

Charles K. Rice, John Potts Barnes, Rollin H. Transue, Lee A. Jackson, I. Henry Kutz and John J. Kelley, Jr., and S. Dee Hanson, Washington, D. C., for respondent.

Before McALLISTER, MILLER and STEWART, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard upon the transcript of the record, the briefs of the parties, and the argument of counsel, and the court being duly advised,

Now, therefore, it is ordered, adjudged, and decreed that the decision herein reviewed be and is hereby affirmed upon the opinion of the Tax Court.

THE NEW YORK, CHICAGO & ST. LOUIS RAILROAD COMPANY, Appellant,

v.

Nick MASIGLOWA, Appellee.

No. 12771.

United States Court of Appeals Sixth Circuit.

Oct. 9, 1956.

Hornbeck, Ritter & Victory, Thomas K. M. Victory, Cleveland, Ohio, for appellant.

Howard Metzenbaum, Elmer I. Schwartz, Harold Stern, of Metzenbaum, Schwartz & Disbro, Cleveland, Ohio, for appellee.

Before ALLEN, McALLISTER and STEWART, Circuit Judges.

PER CURIAM.

This case came on to be heard on the record and briefs and oral argument of counsel;

And it appearing that there is no reversible error in the record:

It Is Ordered that the judgment of the District Court be and it hereby is affirmed upon the grounds and for the reasons stated in the opinion and order of the District Court on motion of defendant for new trial. 135 F.Supp. 816.

Joseph CHRISTINE, Appellant,

v.

UNITED STATES of America, Appellee.

No. 12858.

United States Court of Appeals Sixth Circuit.

Oct. 17, 1956.

Rodes K. Myers, Bowling Green, Ky., for appellant.

J. Leonard Walker, Louisville, Ky., for appellee.

Before SIMONS, Chief Judge, and McALLISTER and MILLER, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard upon the transcript of the record and the briefs of counsel, and the court being duly advised,

Now, therefore, it is ordered, adjudged, and decreed that the judgment of the district court be and is hereby affirmed.